THE CONTINENTAL INSURANCE COMPANY, Appellant, *v.* THE GREENWICH INSURANCE COMPANY, Respondent.

THE SAME, Appellant, *v.* THE PHENIX INSURANCE COMPANY, Respondent.

These cases were argued and decided with *Continental Insurance Co.* v. *Ætna Insurance Co.* (*ante,* page 16).